IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 1 3 2007
11-13-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ADONAY LARA,
    *Plaintiff*,

vs.

ALLIED INTERSTATE, INC., Et Al.
    *Defendants*.

07CV6423
JUDGE LINDBERG
MAG. JUDGE BROWN

## APPEARANCE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY (*Pro Se*) FOR: Plaintiff, ADONAY LARA.

| |
|---|
| NAME (Type or print) <br> ADONAY LARA (*Pro Se*) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) and DATE. <br><br> November 13, 2007 |
| MAILING ADDRESS <br> 211 S. Clark Street, P. O. Box 1621 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60690 |
| TELEPHONE NUMBER <br> 312-719-1108 |

Respectfully submitted,

By: _____
ADONAY LARA
Attorney Certification (*Pro Se*)

ADONAY LARA
Attorney for the Plaintiff (*Pro Se*)
P. O. Box 1621
Chicago, Illinois 60690
312-719-1108