

**FILED**
NOV 13 2007
/3
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

ADONAY LARA
*Plaintiff*

v.

ALLIED INTERSTATE, INC., Et Al.
*Defendant*

**07CV6423**
**JUDGE LINDBERG**
**MAG.JUDGE BROWN**

CA

JUDGE _____

---

*Wherever☐ is included, please place an X into whichever box applies, Wherever the answer to answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ___ADONAY LARA___, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment pf fees, or ☐ in support of my motion for appointment of counsel, and/or co-counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: The compensation that I earn from my employers is usually not in a monthly basis, but in a yearly bases. I received from my employer about $0.00 in salary or wages for this Month. However, I expect to earn for the entire calendar year of 2007, an approximate total amount of about $5,000 dollars, which should be paid to me, at the end of this year. My income is well below the current *poverty* level as established by the United States Department of Health and Human Services (henceforth "DHH"). The 2007, DHH promulgated *poverty level* for a single individual is $10,210.00, for any of the 48 Contiguous States. [SOURCE: Federal Register, Vol. 72, No. 15, January 24, 2007, pp. 3147-3148. The poverty guidelines updated periodically in the Federal Register by the DHH under the authority of 42 U.S.C. 9902(2)].

   Name and address of employer: Professional Global Financial Solutions, Inc. 211 S. Clark Street, P. O. Box 1621, Chicago Illinois 60690.

   Are you married?   ☐Yes   ☒No   I never been married and I have no spouse.
   Spouse's monthly salary or wages: _____ Name and address of employer: _____

1

3.  Apart from your income stated above in response to Question 2, in the past six months have you received more than $ 200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.     Salary or Wages                                   ☐Yes    ☒No
    Amount _____ Received by _____

    b.     ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
    Amount _____ Received by _____

    c.     ☐ House or Building Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
    Amount _____ Received by _____

    d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                        ☐Yes    ☒No
    Amount _____ Received by _____

    e.     ☐ Inheritances                                           ☐Yes    ☒No
    Amount _____ Received by _____

    f.     ☐ other government sources (state source:_____)    ☐Yes    ☒No
    Amount _____ Received by _____

4.  Do you have more than $200 in cash or checking or savings accounts? ☐Yes    ☒No
    Total amount: <u>I have about $25 dollars in cash. I have about $25 dollars in my personal savings account and I don't recall exactly how much I have in my personal checking accounts, but I estimate about $75, the money therein is minimal and used for the most part in paying for my vital or basic living expenses (rent, food, transportation, etc.) and for child-support obligations.</u>

5.  Do you own any registered stocks, bonds, securities or other registered financial instruments?
                                                                        ☐Yes    ☒No
    Property:_____ Current Value:_____

6.  Do you own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:_____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.  Do you own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☐Yes    ☒No
    Property:_____
    Current Value:_____

8.  List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents. <u>I have only one dependant my daughter Ckoryna Lara, a minor child. I am paying</u>

2

child support for my child and according to my calculations I am about 2 months *ahead* on my child support payments.

In order to further clarify my financial situation, I state the following: My monthly living expenses by far exceed my current income. I estimate my living expenses to be about $550, per month. Accordingly, in order to barely survive, pay my obligation of child support, etc., I materially depend on obtaining loans from friends, family, and/or other individuals or entities. I at no time have either unlawfully disposed of any assets, money, or maliciously caused my *indigence*. If this Honorable Court would desire, I would gladly elaborate in more detail in a evidentiary hearing.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-13-07

_____
Signature of Applicant

ADONAY LARA
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then **divide** by number of months).

_____    _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)