# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6423 | **DATE** | 12/7/2007 |
| **CASE TITLE** | Lara vs. Allied Interstate | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|