IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADONAY LARA,<br><br>           Plaintiff,<br><br>vs.<br><br><br><br>ALLIED INTERSTATE, INC. and<br>UNKNOWN DEFENDANTS,<br><br>           Defendants. | No. 07 C 6423<br><br>Judge Lindberg<br><br>Mag. Judge Brown |

## NOTICE OF MOTION

TO:    All Attorneys of Record
        (See Attached Service List)

On __January 16__, 2008 at _9:30_ a.m. on thereafter as counsel may be heard, I shall appear before the Honorable Judge George W. Lindberg in the courtroom usually occupied by him in the United States District Courthouse, 219 S. Dearborn St., Chicago, Illinois. Room 1425 and then and there present Defendant's Motion to Dismiss and to Strike, a copy of which is attached.

NAME:    Robert S. Phillips/Thomas & Kampsen
ATTORNEY FOR: defendant, Allied Interstate, Inc.
ADDRESS: 300 S. Riverside Plaza, Suite 2330, Chicago, Illinois 60606
TELEPHONE:  (312) 930-5500

## CERTIFICATE OF SERVICE VIA ELECTRONIC FILING

I, Robert S. Phillips, hereby certify that on January 7, 2008, I electronically filed this notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the above named counsel.

                                          **s/ Robert S. Phillips**

                                          Robert S. Phillips

*Adonay Lara v. Allied Interstate*
*Claim # 297-017113*
*Court # 03 L 2447-12/5/06*
**Updated: 2/7/07**

***ILCH 4367***
***SERVICE LIST***

**Plaintiff Attorney:-** – *Pro Se*
Adonay Lara
P.O. Box 1621
Chicago, IL 60690
312/719-1108

**Attorney for Defendant, Chase Bank**
James M. Wyman, Esq.
Chase Plaza
10 South Dearborn Street
MS IL1-0287
Chicago, Illinois 60603
Tel:    312-732-4885
Fax:    312-732-9753