IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADONAY LARA,<br>            Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, INC. and<br>UNKNOWN DEFENDANTS,<br>            Defendants. | No. 07 C 6423<br><br>Mag. Judge Brown |

## NOTICE OF FILING

TO:   Adonay Lara
        P.O. Box 1621
        Chicago, IL 60609

Please take notice that on 21 February 2008, I caused the to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, defendant Allied Interstate, Inc.'s Reply Brief in support of its motion to dismiss & strike a copy of which is hereby attached an served upon you.

_____
Robert S. Phillips

Robert S. Phillips
Thomas & Kampsen
300 South Riverside Plaza, Ste. 2330
Chicago, IL 60606
Tel. 312/756-4148
Fax 866/794-4702

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of this notice along with a copy of defendant's Reply Brief to plaintiff by depositing copies of same in the U. S. Mail box located at 300 S. Riverside Plaza, Chicago, IL 60606 on 21 February 2008 before 4:30 p.m. with proper postage paid.

_____
Robert S. Phillips