*MHN*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*KC* **FILED**
2-27-2008
FEB 21 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

ADONAY LARA,

      *Plaintiff,*

vs.

ALLIED INTERSTATE, Inc., Et Al.
      *Defendants.*

Case Number : <u>07-cv-6423</u>

Presiding Judge: <u>Lindberg</u>

## RE-NOTICE OF MOTION

**TO:**  Robert S. Phillips/Thomas & Kampsen (Attorneys for Defendant ALLIED)
      300 S. Riverside Plaza, Suite 2330
      Chicago, Illinois 60606
      Fax: (866) 794-4702 - Tel: (312) 930-5500.

    PLEASE TAKE NOTICE that on <u>2-27-08</u>, at <u>9:30 a.m.</u>, or as soon thereafter as this Motion may be heard, I shall appear before the District <u>Judge Linberg</u> sitting in Courtroom <u>1428</u> in the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street in Chicago, Illinois, and then and there present the, ***Motion for Sanction under Rule 11*** a copy of which and all relevant documents are hereby attached and served upon you.

                                  ADONAY LARA

ADONAY LARA
Attorney for the Plaintiff (*Pro Se*)
P. O. Box 1621
Chicago, Illinois 60690
312-719-1108

## PROOF & CERTIFICATE OF SERVICE

    I, ADONAY LARA, under penalty of perjury I certify that the statements set forth herein are true and correct, that I served this notice and all relevant documents to all the pertinent parties by personally hand delivering the same copies to the above named individuals or their corresponding agents at the respected addresses, on <u>1-23-08</u> (and *re-notice* it on 2-21-08), by or before 4 p.m., in compliance with the <u>Rule 5</u> of the Federal Rules of Civil Procedure and Local Rules.

                                  ADONAY LARA
                     Attorney Certification (*Pro Se*)

1