UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Adonay Lara

                    Plaintiff,

v.	                                   Case No.: 1:07–cv–06423
                                         Honorable George W. Lindberg

Allied Interstate, Inc., et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding a settlement conference. (slb, )Mailed notice.

Dated: April 10, 2008

                                                                           /s/ George W. Lindberg

                                                                         United States District Judge