# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Adonay Lara

                          Plaintiff,

v.                                  Case No.: 1:07–cv–06423
                                  Honorable George W. Lindberg

Allied Interstate, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown: Case called for status, no one appears on behalf of the plaintiff or defendants. Pro se plaintiff and counsel for all defendants must appear at all status hearings. Status hearing reset to 05/06/08 at 9:00 a.m. If no one appears at that status, the court will recommend to the District Judge that this case be dismissed for want of prosecution. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.