IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADONAY LARA,<br>            Plaintiff,<br><br>vs.<br><br><br>ALLIED INTERSTATE, INC. and<br>UNKNOWN DEFENDANTS,<br>            Defendants. | No. 07 C 6423<br><br>Judge George W. Lindberg |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed, by and between the parties, that the above captioned cause along with all actions and claims be dismissed with prejudice and without costs in as much as all matters of controversy have been compromised and released.

Dated: 4-29-08

_____
Adonay Lara, Pro Se Plaintiff

Dated: 29 April 2008

THOMAS & KAMPSEN

By:_____
Robert S. Phillips, Attorney for Allied

Document Prepared By:
Robert S. Phillips
Thomas & Kampsen
300 S. Riverside Plaza, Ste. 2330
Chicago, IL 60606
312/930-5500

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADONAY LARA,<br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>ALLIED INTERSTATE, INC. and<br>UNKNOWN DEFENDANTS,<br>　　　　　Defendants. | No. 07 C 6423<br><br>Judge Lindberg<br>Magistrate Judge Brown |

*CERTIFICATE OF SERVICE*

　　　　I hereby certify that on May 13, 2008, I electronically filed Stipulation and Order to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:　　Adonay Lara
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1621
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60690

　　　　I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants:　　Adonay Lara
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1621
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60690

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　<u>/s/ Robert S. Phillips</u>
　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　Allied Interstate, Inc.
　　　　　　　　　　　　　　　　　　Robert S. Phillips, Esq.
　　　　　　　　　　　　　　　　　　Atty No. 1023660
　　　　　　　　　　　　　　　　　　THOMAS & KAMPSEN
　　　　　　　　　　　　　　　　　　300 South Riverside Plaza, Suite 2330
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 930-5500