IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADONAY LARA,<br>                Plaintiff,<br><br>    vs.<br><br><br>ALLIED INTERSTATE, INC. and<br>UNKNOWN DEFENDANTS,<br>                Defendants. | No. 07 C 6423<br><br>Judge Lindberg |

### *ORDER*

Upon the foregoing stipulation and the records and proceedings herein, and the court being fully advised in the premises; now, therefore,

**IT IS HEREBY ORDERED**, that the above-captioned cause, along with all actions and claims be dismissed with prejudice and without costs in as much as all matters of controversy have been compromised and released.

Dated this _____ day of _____, 2008.

**BY THE COURT:**

_____
United States District Judge